UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

STEWART A. KAUFMAN, M.D.,

                 Plaintiff,

   -against-

THE COLUMBIA MEMORIAL HOSPITAL, a/k/a
COLUMBIA MEMORIAL HOSPITAL, JAY P.
CAHALAN, individually, and NORMAN A.
CHAPIN, M.D., individually,

                 Defendants.

------------------------------------------------------------x

**DEFENDANTS' NOTICE OF MOTION FOR AN ORDER GRANTING SUMMARY JUDGMENT DISMISSAL OF THE COMPLAINT AND GRANTING DEFENDANT HOSPITAL'S UNJUST ENRICHMENT COUNTERCLAIM**

Docket No. 1:11-CV-0667 (MAD) (DRH)

    PLEASE TAKE NOTICE that, at 10:00 a.m. on May 21, 2013, or as soon thereafter as counsel may be heard, in the Courtroom of the Honorable Mae A. D'Agostino, United States District Judge, Northern District of New York, James T. Foley U.S. Courthouse, 445 Broadway, Albany, New York 12207, Defendants The Columbia Memorial Hospital a/k/a Columbia Memorial Hospital, Jay P. Cahalan, and Norman A. Chapin, M.D. ("Defendants") will move under Fed. R. Civ. P. 56 for an Order granting summary judgment and: (i) dismissing Plaintiff Stewart A. Kaufman, M.D.'s Complaint in its entirety, and with prejudice; (ii) granting the Hospital's unjust enrichment counterclaim against Plaintiff; and (iii) for such other relief that the Court deems just and proper, including costs and attorneys' fees.

    PLEASE TAKE FURTHER NOTICE that, in support of this motion, Defendants submit the accompanying Declaration of Andrew L. Zwerling, Esq., dated March 14, 2013; the Affidavit of Jay P. Cahalan, sworn to on March 14, 2013; Defendants' Statement of Material Facts pursuant to Local Civil Rule 7.1, dated March 19, 2013; supporting Memorandum of Law, dated

2419807v.1

March 19, 2013, and a separately bound volume of supporting summary judgment exhibits, as well as all prior papers and proceedings had herein.

PLEASE TAKE FURTHER NOTICE that, pursuant to the parties' briefing schedule, opposition papers to this motion are to be served upon the undersigned on or before April 26, 2013, and reply papers are to be served on or before May 10, 2013.

Dated: Great Neck, New York
       March 19, 2013

By:       s/ Andrew L. Zwerling
Andrew L. Zwerling: Bar No: 514804
Marianne Monroy: Bar No.: 514811
Jason Hsi: Bar No: 514807
GARFUNKEL WILD, P.C.
*Attorneys for Defendants*
111 Great Neck Road, 6th Floor
Great Neck, New York 11021
Tel. (516) 393-2200
Fax (516) 466-5964
Email: azwerling@garfunkelwild.com
mmonroy@garfunkelwild.com
jhsi@garfunkelwild.com

To:   Ronald G. Dunn, Esq.
      Peter N. Sinclair, Esq.
      GLEASON, DUNN, WALSH & O'SHEA
      *Attorneys for Plaintiff*
      40 Beaver Street
      Albany, New York 12207

2419807v.1